UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MIRTA BARILLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-11615-IT |
| | ) | |
| METROPOLITAN LINEN SERVICES, CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION TO EXTEND TIME

Plaintiff Mirta Barillas and Defendant Metropolitan Linen Services, Corp. hereby agree

that the time within which Defendant may respond to Plaintiff's Complaint is up to and including

January 10, 2023.

Respectfully submitted,

MIRTA BARILLAS

By her attorney,

/s/ David McKenna
David McKenna, BBO# 709473
Greater Boston Legal Services
19 Friend St.
Boston, MA 02114
Tel: (617) 500-3419
dmckenna@gbls.org

METROPOLITAN LINEN SERVICES, CORP.

By its attorneys,

/s/ Jennifer L. Markowski
Jennifer L. Markowski, BBO# 655927
Christina R. Morgan, BBO# 711453
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, MA 02109
Tel: (617) 963-5975
jmarkowski@fmglaw.com
crmorgan@fmglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

     I, Jennifer L. Markowski, hereby certify that I, on this 20th day of December 2022, have served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

*/s/ Jennifer L. Markowski, Esq.*
Jennifer L. Markowski
